### UNITED STATES of America, Respondent, v. Nick CILETTI, Defendant-Appellant, Impleaded with Others, Defendants.

#### No. 473.

Circuit Court of Appeals, Second Circuit.
July 12, 1937.

Osmond K. Fraenkel, of New York City, for appellant.

Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, James D. Saver, and Frank J. Parker, Asst. U. S. Attys., all of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.